# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** Newton | **Category No.** II | **Investigating Agency** ATF |
| **City** Newton | | |
| **County** MA | | |

**Related Case Information:**
- Superseding Ind./ Inf.: _____   Case No.: _____
- Same Defendant: _____   New Defendant: _____
- Magistrate Judge Case Number: 25-mj-1068-DLC
- Search Warrant Case Number: 25-mj-1054; 25-mj-1055
- R 20/R 40 from District of: _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☒ No

## Defendant Information:

- **Defendant Name:** James Welch
- Juvenile: ☐ Yes  ☒ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☒ No
- **Alias Name:** 
- **Address:** 46 Crescent St., Apt. C, Newton, MA
- **Birth date (Yr only):** 1985   **SSN (last 4#):** 7846   **Sex:** M   **Race:** White   **Nationality:** USA

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

- **AUSA:** Eric Hawkins   **Bar Number if applicable:** 693289
- **Interpreter:** ☐ Yes  ☒ No   List language and/or dialect: _____
- **Victims:** ☐ Yes  ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- **Matter to be SEALED:** ☐ Yes  ☒ No
- ☐ Warrant Requested   ☐ Regular Process   ☒ In Custody
- **Location Status:** In District
- **Arrest Date:** February 28, 2025
- ☒ Already in Federal Custody as of February 28, 2025 in MA.
- ☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
- ☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☒ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/28/2025   **Signature of AUSA:** *Eric L. Hawkins*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   James Welch

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**