UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES WELCH,<br><br>Defendant | Criminal No. 25cr10181<br><br>Violation:<br><br>Count One: Felon in Possession of Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The United States Attorney charges:

On or about February 28, 2025, in Newton, Massachusetts, in the District of Massachusetts, the defendant,

JAMES WELCH,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Taurus, G3, 9mm caliber pistol bearing serial number ADJ643090, a Hammerli (Umarex), a Tac R1, .22 LR caliber rifle bearing serial number HA035410, fifteen rounds of 9mm ammunition, and ten rounds of .22 LR ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 1, the defendant,

JAMES WELCH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. Taurus, G3, 9mm caliber pistol bearing serial number ADJ643090;
   b. Hammerli (Umarex), a Tac R1, .22 LR caliber rifle bearing serial number HA035410;
   c. Three Rounds of Remington 9mm ammunition;
   d. A magazine containing fifteen rounds of 9mm ammunition;
   e. A magazine containing ten rounds of .22 LR ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

  All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

                LEAH B. FOLEY
                United States Attorney

          By: */s/ Eric L. Hawkins*
             Eric. L. Hawkins
             Assistant United States Attorney

Date: May 14, 2025